424 A.2d 547

Commonwealth v. Miller, Appellant.

Argued September 10, 1979. Jeffrey Rudnick, for appellant; Nancy Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed of the able opinion of Judge Durham of the court below.

LIPEZ, J. concurred in the result.

424 A.2d 547

Commonwealth v. Thorpe, Appellant.

Submitted June 29, 1979. Gary F. DiVito, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.